IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE PASHA GROUP; THE PASHA GROUP AG; and PASHA TRUCKING LLC,<br><br>   Plaintiffs,<br><br> vs.<br><br>HARBOUR FORWARDING COMPANY, INC.; and DOE DEFENDANTS 1-10,<br><br>   Defendants. | CIVIL 11-00358-DAE-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 16, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART

PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT," docket entry no. 25, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 8, 2012.



David Alan Ezra
United States District Judge

The Pasha Group, et al. vs. Harbour Forwarding Company, Inc., et al., Civil No. 11-00358 DAE-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION